ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Steven D. Atkinson (satkinson@aalrr.com)   State Bar No. 59094
Michael A. Cable (mcable@aalrr.com)   State Bar No. 198275
Scott K. Dauscher (sdauscher@aalrr.com)   State Bar No. 204105
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendants IRISH
CONSTRUCTION, IRISH COMMUNICATION
COMPANY, and AT&T CORP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LAKE AND JUAN GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IRISH CONSTRUCTION, IRISH COMMUNICATION COMPANY (ICC), AT&T and DOES 1-750,<br><br>Defendants. | CASE NO.:   2:08-CV-02661-JAM-KJM<br><br>**JUDGMENT** |

1  Pursuant to this Court's order granting Defendant AT&T Corp.'s Motion to Dismiss
2  Plaintiffs' Complaint,
3  IT IS HEREBY ORDERED, ADJUDGED and DECREED that:
4  1.  The action is dismissed with prejudice as to Defendant AT&T Corp. and judgment
5  is entered in favor of Defendant AT&T Corp. and against Plaintiffs.  Plaintiffs shall take nothing
6  from Defendant AT&T Corp.
7  2.  Defendant AT&T Corp. shall recover its costs in an amount to be taxed by the
8  Clerk.

10  DATED:  February 3, 2009

11  /s/ John A. Mendez
    HONORABLE JOHN A. MENDEZ

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

# PROOF OF SERVICE

(Code Civ. Proc. § 1013a(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 17871 Park Plaza Drive, Cerritos, CA 90703-8597.

On February 3, 2009, I served the following document(s) described as **[PROPOSED] JUDGMENT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Ellyn Moscowitz, Esq.<br>LAW OFFICES OF ELLYN MOSCOWITZ<br>1629 Telegraph Avenue<br>4th Floor<br>Oakland, CA 94612<br>telephone (510) 899-6240<br>facsimile (510) 899-6245 | Attorneys For Plaintiffs, MARVIN LAKE AND JUAN GUTIERREZ |

þ **BY MAIL:** I deposited such envelope in the mail at Cerritos, California. The envelope(s) was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

¨ **BY OVERNIGHT COURIER:** I sent such document(s) on February 3, 2009, by with postage thereon fully prepaid at Cerritos, California.

¨ **BY PERSONAL SERVICE:** I placed the above document in a sealed envelope. I caused said envelope to be handed to our messenger service to be delivered by hand to the above address(es).

¨ **BY EMAIL:** I sent such document by use of email to the email address(es) above. (CCP § 1013(a)) Such document was scanned and emailed to such recipient and email confirmation is attached hereto indicating the recipients' email address and time of receipt pursuant to CCP § 1013(a)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 3, 2009, at Cerritos, California.

/s/ Patti Kim
PATTI KIM

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

PDF created with pdfFactory trial version www.pdffactory.com