1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ELLYN MOSCOWITZ (State Bar No. 129287)
(emoscowitz@moscowitzlaw.com)
LAW OFFICES OF ELLYN MOSCOWITZ, P.C.
Uptown Arts Building
1629 Telegraph Avenue
Fourth Floor
Oakland, California 94612
Telephone:  (510) 899-6240
Facsimile:  (510) 899-6245

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARVIN LAKE and JUAN
GUTIERREZ, individually and on
behalf of themselves and all others
similarly situated,

           Plaintiff,

     v.

IRISH CONSTRUCTION AND
IRISH COMMUNICATION
COMPANY (ICC), AT & T and
DOES 1-750,

        Defendants.

**CLASS ACTION**

**Case No.: 2:08-CV-02661-JAM-KJM**

**STIPULATION TO AMEND
COMPLAINT**

      Pursuant to Fed. R. Civ. Pro. 15(a)(2) IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs may file an Amended Complaint in *Marvin Lake and Juan Gutierrez et al. v. Irish Construction and Irish Communication Co.* Case No. 2:08-CV-02661-JAM-KJM, a copy of which is attached hereto.

      IT IS FURTHER STIPULATED that the Defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the

PDF created with pdfFactory trial version www.pdffactory.com

1  answer filed by Defendant to the original complaint shall be responsive to the

2  amended complaint.

3

4  Dated:  February 9, 2009          ATKINSON, ANDERSON, LOYA, RUUD &
                                    ROMO

5

6                                   By:_____/s/_____

7                                       SCOTT DAUSCHER
                                        (sdauscher@aalrr.com)

8                                       Attorneys for Defendant

9

10 Dated:  February 9, 2009          LAW OFFICES OF ELLYN MOSCOWITZ,
                                    P.C.

11

12

13                                  By:_____/s/_____

14                                      ELLYN MOSCOWITZ
                                        (emoscowitz@moscowitzlaw.com)

15                                      Attorney for Plaintiffs

16      IT IS HEREBY ORDERED, as the parties have stipulated, that Plaintiffs'

17 First Amended Complaint in *Marvin Lake and Juan Gutierrez et al. v. Irish*

18 *Construction and Irish Communication Co.* Case No. 2:08-CV-02661-JAM-KJM, a

19 copy of which is attached hereto, is deemed filed and served.

20

21

22 Dated:  February 9, 2009

23                                  /s/ John A. Mendez
                                    JOHN A. MENDEZ

24                                  US District Court

25

26

27

28

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com