ELLYN MOSCOWITZ (State Bar No. 129287)
MATTHEW KLECKNER (State Bar No. 257509)
LAW OFFICES OF ELLYN MOSCOWITZ
Uptown Arts Building
1629 Telegraph Avenue
Fourth Floor
Oakland, California 94612
Telephone: (510) 899-6240
Facsimile: (510) 899-6245
emoscowitz@moscowitzlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LAKE and JUAN GUTIERREZ, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IRISH CONSTRUCTION AND IRISH COMMUNICATION COMPANY (ICC), AT & T and DOES 1-750,<br><br>Defendants. | 2:08-CV-02661-JAM-KJM<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING DEFENDANT IRISH COMMUNICATION COMPANY** |

[PROPOSED] ORDER GRANTING DISMISSING DEFENDANT IRISH COMMUNICATION CO.

PDF created with pdfFactory trial version www.pdffactory.com

The Court having considered Plaintiffs MARVIN LAKE and JUAN GUTIERREZ's Request for Dismissal of Defendant IRISH COMMUNICATION COMPANY (and only Irish Communication Company), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

**IT IS HEREBY ORDERED THAT:**

(1) Defendant Irish Communication Company is hereby dismissed without prejudice from this action.

**IT IS SO ORDERED**

Dated: 3/9/2009

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com