ELLYN MOSCOWITZ (State Bar No. 129287)
MATTHEW KLECKNER (State Bar No. 257509)
LAW OFFICES OF ELLYN MOSCOWITZ, P.C.
Uptown Arts Building
1629 Telegraph Avenue
Fourth Floor
Oakland, California 94612
Telephone: (510) 899-6240
Facsimile: (510) 899-6245

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LAKE and JUAN GUTIERREZ, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IRISH CONSTRUCTION AND IRISH COMMUNICATION COMPANY (ICC), AT & T and DOES 1-750,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.: 2:08-CV-02661-JAM-KJM<br><br>**STIPULATION TO MOVE HEARING DATE; ORDER** |

WHEREAS the issues to be heard by this Court on May 6, 2009 have not yet issued,

AND WHEREAS the orders of this Court on those issues may significantly impact the issues to be heard on May 13, 2009,

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. Pro. 15(a)(2), by and between the parties hereto through their respective attorneys of record, that the hearing date presently scheduled for May 13, 2009 in the case of *Marvin Lake and Juan Gutierrez et al. v. Irish Construction and Irish Communication Co.* Case No. 2:08-CV-02661-JAM-KJM, be rescheduled to June 10, 2009.

///

///

1

*STIPULATION to Move Hearing Date from May 13, 2009 to June 10, 2009; ORDER*

| | | |
|---|---|---|
| Dated: May 7, 2009 | | ATKINSON, ANDERSON, LOYA, RUUD & ROMO |

By: /s/
SCOTT DAUSCHER
(sdauscher@aalrr.com)
Attorneys for Defendant

Dated: May 7, 2009                    LAW OFFICES OF ELLYN MOSCOWITZ, P.C.

By: /s/
ELLYN MOSCOWITZ
(emoscowitz@moscowitzlaw.com)
Attorney for Plaintiffs

------------------------------------------------------------

ORDER

IT IS HEREBY ORDERED, as the parties have stipulated, that the hearing scheduled for May 13, 2009 in *Marvin Lake and Juan Gutierrez et al. v. Irish Construction and Irish Communication Co.* Case No. 2:08-CV-02661-JAM-KJM, be rescheduled for June 10, 2009.

Dated: May 11, 2009.

_____
U.S. MAGISTRATE JUDGE

*STIPULATION to Move Hearing Date from May 13, 2009 to June 10, 2009; ORDER*