| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ELLYN MOSCOWITZ (State Bar No. 129287)<br>MATTHEW KLECKNER (State Bar No. 257509)<br>LAW OFFICES OF ELLYN MOSCOWITZ, P.C.<br>Uptown Arts Building<br>1629 Telegraph Avenue<br>Fourth Floor<br>Oakland, California 94612<br>Telephone: (510) 899-6240<br>Facsimile: (510) 899-6245<br><br>Attorney for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN LAKE and JUAN GUTIERREZ, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IRISH CONSTRUCTION AND IRISH COMMUNICATION COMPANY (ICC), AT & T and DOES 1-750,<br><br>　　　　　　　Defendants. | Case No. 2:08-CV-02661-JAM-KJM<br><br>**REQUEST FOR DISMISSAL OF LAWSUIT AND WITHDRAWAL OF PENDING MOTIONS** |

　　　　Plaintiffs Marvin Lake and Juan Gutierrez hereby request to dismiss their case with prejudice to themselves and without prejudice to any putative class member, as they have settled their claims with Irish Construction. Attached hereto is the settlement agreement entered into between the Plaintiffs and Defendant which Plaintiffs desire to accept. The plaintiffs no longer want to serve as class representatives. Marvin Lake was terminated from his employment with Irish Construction March 9th, 2009 and Irish has made it clear they do not want Juan Gutierrez working for them either. The plaintiffs do not have the support of their co-worker/class members as many have signed declarations in opposition to class certification and none would sign declarations in support of class certification.

1

PDF created with pdfFactory trial version www.pdffactory.com

Therefore, plaintiffs desire to put their legal issues with Irish behind them and move on with their lives and accept this settlement offer.

Further, the parties request all motions currently pending before this court and before Magistrate Judge Mueller be taken off calendar and withdrawn.

Dated: May 12th, 2009            LAW OFFICES OF ELLYN MOSCOWITZ, P.C.

By: /s/
ELLYN MOSCOWITZ
(emoscowitz@moscowitzlaw.com)
Attorney for Plaintiffs

IT IS HEREBY ORDERED, that *Marvin Lake and Juan Gutierrez et al. v. Irish Construction and Irish Communication Co.* Case No. 2:08-CV-02661-JAM-KJM, be dismissed with prejudice as to Plaintiffs Marvin Lake and Juan Gutierrez and be dismissed without prejudice to the putative class. IT IS FURTHER ORDERED that all pending motions be taken off calendar and withdrawn.

Dated: May 13, 2009            /s/ John A. Mendez
HON. JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com